## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

MARGARET M. SABO and          :
ANDREW G. SABO              :
       Plaintiffs          :
                         :
v.                       :
                         :
THE STOP & SHOP         :
SUPERMARKET COMPANY, LLC   :
       Defendant         :

## COMPLAINT

### PARTIES

1.     Plaintiffs are citizens of the State of Rhode Island and reside in Providence, Rhode Island.

2.     Defendant, the Stop & Shop Supermarket Company, LLC is a limited liability company organized and existing under the laws of the State of Delaware, with its principal place of business in the Commonwealth of Massachusetts.

### JURISDICTION

3.     Jurisdiction is conferred upon this Honorable Court pursuant to 28 U.S.C. 1332(a), as the parties are citizens of different states and the amount in controversy exceeds the sum of $75,000 exclusive of interest and costs.

4.     Personal jurisdiction over Defendant is proper pursuant to R.I.G.L. 9-5-33.

### VENUE

5.     Venue in this District is proper as Defendant does business within Rhode Island and the events at issue occurred in Providence, Rhode Island.

### GENERAL ALLEGATIONS

6.     On June 24, 2018, Plaintiffs were present at a supermarket owned and operated by Defendant and located on Manton Avenue in Providence, Rhode Island (the "Premises").

7.      Plaintiff Margaret Sabo was present at the Premises for a lawful purpose and was in the exercise of due care at all times material hereto.

8.      While walking in front of the pharmacy, where several of Defendants employees were working, Plaintiff Margaret Sabo encountered a foreign substance on the floor, believed to be water, which rendered the floor slippery and, therefore, unreasonably dangerous.

9.      Plaintiff Margaret Sabo lost her footing when she slipped on the foreign substance and fell sustaining severe injuries including a broken left hip which required surgery.

10.     Under Rhode Island law, Defendant had actual or constructive knowledge of the presence of the foreign substance which caused Plaintiff Margaret Sabo to fall, thereby legally requiring that Defendant take reasonable steps to remove the substance from the floor.

## COUNT I—NEGLIGENCE

11.     The allegations set forth in Paragraphs 1 through 10 are incorporated herein as if set forth again in full.

12.     At all times material hereto, Defendant owed Plaintiffs a duty to use reasonable care for the safety of all persons reasonably to be expected upon the Premises, including Plaintiffs.

13.     Defendant breached its duty as aforesaid.

14.     As a direct and proximate result of Defendant's breach, Plaintiff Margaret Sabo suffered severe and permanent personal injuries which necessitated the expenditure of great sums to help cure, relieve, and rehabilitate her from the effects thereof; a loss of earning capacity; and great pain and suffering, some or all of which will be permanent.

WHEREFORE, Plaintiffs demand judgment against Defendant in a sum that exceeds the jurisdictional requirements of this Court together with interest and costs.

## COUNT II—LOSS OF CONSORTIUM

15.     The allegations set forth in Paragraphs 1 through 14 above are incorporated herein as if set forth again in full.

16.     At all times material hereto, Plaintiffs were lawfully married.

17.     As a result of their marital status, Plaintiff Andrew G. Sabo is entitled to compensation for the loss of society, companionship and services of his wife, Plaintiff Margaret Sabo resulting from the injuries at issue.

WHEREFORE, Plaintiffs demand judgment against Defendant in a sum that exceeds the jurisdictional requirements of this Court together with interest and costs.

PLAINTIFFS
By their attorney

/s/David J. Oliveira
DAVID J. OLIVEIRA, ESQ. (2516)
155 South Main Street Suite 305
Providence, RI 02903
(401) 274-9191
(401) 274-9190 (FAX)
doliveira@djolaw.com
Date:June 22, 2020

**Plaintiffs hereby demand a right to jury trial and designate David J. Oliveira, Esq. as trial counsel.**

**Page 3 of 3**